PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA KISSEL, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>TWIN RIVER MANAGEMENT GROUP, INC., a Delaware corporation dba TWIN RIVER CASINO; and DOES 1 – 10, inclusive,<br><br>    Defendants. | Case No. 2:16-cv-08563-VAP-E<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: November 17, 2016<br>Trial Date: N/A |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Victoria Kissel voluntarily dismisses without prejudice this action against Twin River Management Group, Inc.  Defendant has not yet filed or served a response to Plaintiff's Complaint.

Dated:  December 12, 2016         PACIFIC TRIAL ATTORNEYS, APC


                                  By: */s/ Scott J. Ferrell*
                                  Scott. J. Ferrell
                                  Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2016, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(I)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell*
Scott J. Ferrell